**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

STEVEN MATZURA, *on behalf of himself and all other persons similarly situated*,

                              Plaintiff,

-against-

BLACKTHORNE CORPORATION,

                              Defendant.

------------------------------------- x

MEMORANDUM DECISION AND ORDER

19 Civ. 8568 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within sixty (60) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: New York, New York
       April 14, 2020

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge