UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STEVEN MATZURA, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED

      Plaintiffs,

      v.

BLACKTHORNE CORPORATION,

      Defendant.
------------------------------------x

No.: 19-cv-08568-GBD

ECF CASE

**<u>Stipulation of Dismissal</u>**

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, STEVEN MATZURA, and Defendant, BLACKTHORNE CORPORATION, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
   August 13, 2020

**GOTTLIEB & ASSOCIATES**

For Plaintiff:
by: _____
Jeffrey M. Gottlieb, Esq.
Gottlieb & Associates
150 East 18th Street
New York, NY 10003
Email: Jeffrey@gottlieb.legal
Phone: (212) 228-9795
Fax: (212) 982-6284

**JACKSON LEWIS P.C.**

For Defendant:
by: _____
Joseph DiPalma, Esq.,
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
Email: Joseph.DiPalma@jacksonlewis.com
Phone: (914) 872-6920

SO ORDERED:   AUG 1 7 2020
_____
George B. Daniels
United States District Court Judge